IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASPER TODD
    Plaintiff,

vs.                                    3:05cv5/MCR/MD

DONALD BAUKNECHT
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's "Answer to Order" in which he requests that his petition be dismissed without prejudice to renew after exhaustion of his administrative remedies.  (Doc. 7).

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to voluntarily dismiss his petition (doc. 7) be granted and this case be dismissed without prejudice, and that all pending motions be denied as moot.

At Pensacola, Florida, this 13th day of April, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).