IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASPER TODD,

    Petitioner,

vs.                                              CASE NO.: 3:05cv5/MCR/MD

DONALD BAUKNECHT,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 13, 2005. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petitioner's motion to voluntarily dismiss his petition (doc. 7) is granted and this case is dismissed without prejudice and all pending motions are denied as moot.

    DONE AND ORDERED this 17th day of May, 2005.

                                          s/ _M. Casey Rodgers_
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**